IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
COMMUNITY BANK OF PICKENS      *
COUNTY,                        *
                               *
        Plaintiff,             *
                               *
        v.                     *       CV 117-087
                               *
MABUS BROTHERS CONSTRUCTION    *
CO., INC.; and UNITED STATES   *
SURETY COMPANY,                *
                               *
        Defendants.            *
```

**O R D E R**

Before the Court is the parties' stipulation of dismissal without prejudice. (Doc. 40.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants – and Defendant Mabus Brothers Construction Co., Inc.'s counterclaims against Plaintiff – are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA